UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22877-CIV-LENARD/WHITE

**MOISES E. BURE**,

    Plaintiff,
vs.

**STATE ATTORNEY GENERAL, et al.,**

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 5), DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (D.E. 2), AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 5), issued on October 14, 2009. On October 30, 2009, Plaintiff filed his Objections to the Magistrate Judge's Report ("Objections," D.E. 6). The Report recommends denial of Plaintiff's Motion to proceed in forma pauperis because Plaintiff is a "successive filer" pursuant to 28 U.S.C. § 1915(g) and recommends dismissal of the Complaint without prejudice. The Report notes that Plaintiff is a "multiple filer" who has filed at least three cases that have been dismissed for failure to state a claim and raises no allegations that he is in any present imminent danger of serious physical injury. In response to the Report, Plaintiff objects that he is in imminent danger because of, <u>inter alia</u>, the nature of the inmates in prison. However, Plaintiff fails to allege any facts that would support a showing of imminent danger, and thus, Plaintiff's Objections are without merit. After an independent review of the Report, the Objections, the Complaint, and the record,

it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 5), issued on October 14, 2009, is **ADOPTED**;

2. Plaintiff's Motion for leave to proceed in forma pauperis (D.E. 2), filed on September 25, 2009, is **DENIED**;

3. Plaintiff's Complaint (D.E. 1), filed on September 25, 2009, is **DISMISSED WITHOUT PREJUDICE**, to the extent Plaintiff may move to reopen the case upon payment of the full filing fee of $350.00 within ten days of dismissal of the complaint;

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of November, 2009.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**